**Entered on Docket**
**June 23, 2014**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**




**IT IS SO ORDERED.**
**Signed June 23, 2014**

Arthur S. Weissbrodt

**Arthur S. Weissbrodt**
**U.S. Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:
Carmencita Quiroga
PO Box 1562
Campbell, CA 95009
Debtor

Case No. 11-56338

Chapter No. 13

**ORDER TO PAY UNCLAIMED FUNDS**

It appearing that the check(s) made payable to Carmencita Quiroga in the total amount of $ 4,806.22 was not cashed within the 90 day limit and an unclaimed money report was entered on May 8, 14 to close the account and transfer the monies to the Clerk, U. S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that Carmencita Quiroga is now claiming the above monies in the application attached hereto.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay said sum of $ 4,806.22 to the order of Carmencita Quiroga.

and mail to PO Box 1562
Campbell, CA 95009

**End of Order**
**No Service List Requested**